UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
STEPHEN J. BRUSSARD,                )
                                    )
     Plaintiff                      )
                                    )
v.                                  )   Civil Action No. 20-11758-PBS
                                    )
HARVARD UNIVERSITY                  )
                                    )
     Defendant                      )
_____ )

**ORDER OF RECUSAL**
October 2, 2020

Pursuant to 28 U.S.G. § 455 (a) and (b), I recuse myself on the ground my husband teaches at Harvard Business School and I am a lecturer at the law school.

/s/ Patti B. Saris
Hon. Patti B. Saris
United States District Judge